## DELONG v. COMMONWEALTH

(Decided May 23, 1930.)

W. W. Williams and Ed Allen for movant.

J. W. Cammack, Attorney General, and George Hunt Mitchell, Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail, for Sherman and Bill Delong, and $100 and one day in jail for Cran Delong.

Appeal denied. Judgment affirmed.

## BURRESS v. LEE et al.

(Decided May 27, 1930.)

O. B. Bertram for movant.

B. A. Rice and Boyce Skaggs opposed.

PER CURIAM. Judgment for $400 in an action on commissions on real estate transactions. Defendant moves for an appeal.

Appeal denied. Judgment affirmed.

## QUIGGENS v. WRIGHT et al.

(Decided May 27, 1930.)

Chester O. Carrier and Allen P. Cubbage for movant.

H. L. James opposed.

PER CURIAM. Judgment for $273 on a contract of guaranty. Judgment for plaintiff, and defendant moves for an appeal.

Appeal denied. Judgment affirmed.